

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MISC. CASE NO.: 5:20-mc-4

| | |
|---|---|
| In re: ) | |
| ) | ***EX PARTE* APPLICATION FOR** |
| APPLICATION OF MOTHER'S ) | **ORDER TO OBTAIN** |
| MILK, INC., FOR *EX PARTE* ) | **DISCOVERY IN FOREIGN** |
| ORDER TO OBTAIN DISCOVERY ) | **PROCEEDING** |
| FOR USE IN FOREIGN ) | |
| PROCEEDINGS ) | 28 U.S.C. § 1782(a) |
| ) | |

Mother's Milk, Inc. ("Mother's Milk"), through counsel, respectfully applies

to the Court for an order, pursuant to 28 U.S.C. § 1782(a), directing that testimony

be given, and documents produced, by Motif Medical, LLC, for use in a pending

proceeding brought by Mother's Milk in the Republic of Korea. In support of this

application, Mother's Milk relies on its accompanying memorandum and the

declarations of Hwan Sung Park (attached as Exhibit 1), Heidi Humphries

(attached as Exhibit 2), Christopher Foley (attached as Exhibit 3), and Adam

Arnold (attached as Exhibit 4). Mother's Milk is also submitting proposed

subpoenas reflecting the discovery sought (attached as Exhibits 5 and 6), and a

proposed order directing that the testimony be taken and the documents produced

in accordance with the Federal Rules of Civil Procedure (attached as Exhibit 7).

This the 21st day of February, 2020.

ELLIS & WINTERS LLP

Paul K. Sun, Jr.
N.C. Bar No. 16847
Kelly Margolis Dagger
N.C. Bar No. 44329
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
paul.sun@elliswinters.com
kelly.dagger@elliswinters.com

*Counsel for Applicant Mother's Milk, Inc.*

OF COUNSEL

Christopher P. Foley
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: (571) 203-2720
Facsimile: (202) 408-4400
christopher.foley@finnegan.com

Robert A. Weikert
Nixon Peabody LLP
One Embarcadero Center
32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

2

Jeffrey L. Costellia
Lauren J. Arnold
Nixon Peabody LLP
799 9th Street, N.W.
Washington, DC 20001-5327
Telephone:  (202) 585-8000
Facsimile: (202) 585-8080