

# ELLIS & WINTERS

WRITER'S DIRECT DIAL
919/865-7014

WRITER'S E-MAIL ADDRESS
paul.sun@elliswinters.com

February 21, 2020

**VIA HAND DELIVERY**

Peter A. Moore
Clerk of Court
United States District Court
310 New Bern Avenue
Raleigh, North Carolina 27601

    Re:   *In re Application of Mother's Milk, Inc., for Ex Parte Order to Obtain Discovery for Use in Foreign Proceedings*

Dear Mr. Moore:

I am enclosing for filing the following documents:

- *Ex Parte* Application of Mother's Milk, Inc., with attachments:

    Exhibit 1 - Declaration of Hwan Sung Park

    Exhibit 2 - Declaration of Heidi Humphries

    Exhibit 3 - Declaration of Christopher P. Foley

    Exhibit 4 - Declaration of Adam B. Arnold

    Exhibit 5 - Proposed Subpoena Duces Tecum

    Exhibit 6 - Proposed Subpoena Ad Testificandum

    Exhibit 7 - Proposed Order on *Ex Parte* Application

- Memorandum in Support of *Ex Parte* Application

- Notice of Appearance of Paul K. Sun, Jr.

TEL 919.865.7000
FAX 919.865.7010

MAILING ADDRESS
Post Office Box 33550
Raleigh, North Carolina 27636

STREET ADDRESS
4131 Parklake Avenue, Suite 400
Raleigh, North Carolina 27612   www.elliswinters.com

Ellis&Winters LLP

Hon. Peter A. Moore
Page 2

- Notice of Appearance of Kelly Margolis Dagger
- Mother's Milk, Inc., Corporate Disclosure Statement

I am also enclosing a check for the $47 filing fee. Please contact Kelly Dagger or me if we can provide any additional information. Thank you for your assistance.

Very truly yours,

ELLIS & WINTERS LLP

*[signature]*

Paul K. Sun, Jr.

cc: Kelly Margolis Dagger, Esq.