# EXHIBIT 2

Case 5:20-mc-00004-M   Document 2-2   Filed 02/21/20   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MISC. CASE NO.: 5:20-mc-4

| | |
|---|---|
| In re: ) | |
| ) | DECLARATION OF HEIDI |
| APPLICATION OF MOTHER'S ) | HUMPHRIES IN SUPPORT OF |
| MILK, INC., FOR *EX PARTE* ) | APPLICATION OF MOTHER'S |
| ORDER TO OBTAIN DISCOVERY ) | MILK, INC., FOR AN *EX PARTE* |
| FOR USE IN FOREIGN ) | ORDER PURSUANT TO |
| PROCEEDINGS ) | 28 U.S.C. § 1782(a) TO OBTAIN |
| ) | DISCOVERY FOR USE IN A |
| ) | FOREIGN PROCEEDING |
| ) | |

Heidi Humphries declares as follows:

1. I am the President and Chief Executive Officer (CEO) of Mother's Milk, Inc. ("Mother's Milk"), a Florida corporation that has distributed breast pumps, parts, and accessories in the United States under the "Spectra" brand since 2011. Mother's Milk is owned and operated by mothers and registered nurses, whose goals are to provide the best breast pumps, accessories, education, and customer support.

2. Spectra-brand pumps are supplied to Mother's Milk by Mr. Byung Wook Min, who has a Korean business operating under the name Uzin Medicare. Mother's Milk is authorized to sell Spectra-brand products in the United States and much of South America, and has an ownership interest in intellectual property related to Spectra-brand products.

3. Mother's Milk's family of Spectra electric breast pumps have been well received by consumers. Recent awards include: Parent Tested, Parent Approved; Mom Trends, Must-Haves - 2016; Mom's Choice Awards, Honoring Excellence; Cribsie Awards, Best Breast Pump Award - 2017; Protecting Healthy Infant Feeding - C.A.R.E. - Code Alliance; Babylist BEST; The BUMP - Best of Baby Awards - 2018; Reader's Favorite Award - Baby & Children's Product News; Cribsie Awards, Best Breast Pump Award - 2019; and Baby Gear Lab, Editors' Choice Winner - 2019.

4. Mother's Milk has used and actively promoted its family of breast pumps with its distinctive trade dress and its distinctive accessories, particularly its backflow protector design. Indeed, the company has invested substantial time, money, and effort to establish its exclusive proprietary rights in its trade dress and designs in the United States and Korea.

5. It has recently come to my attention that Motif Medical LLC ("Motif") is using Spectra's popular trade dress and designs in connection with the Luna breast pump. The Motif website (www.motifmedical.com) features the Luna breast pump. The Luna product includes a backflow protector which is substantially identical to Spectra's unique design, which Spectra has used for years. The Luna pump also contains buttons, unlike the rotatable knobs in prior versions. The button orientation is remarkably similar to the Spectra pumps, even

2

down to the wave design on the massage button. In addition, the new Motif product features a light blue highlighting, like the Spectra SI pump, and a white casing, like all of the Spectra pumps.

6. After some investigation, I discovered that Motif pumps are manufactured by Cimilre, a Korean company founded by a disgruntled former employee of Uzin Medicare. Motif is selling Cimilre products in the United States. Therefore, Cimilre product information and sales are available in the United States through Motif.

7. I retained counsel in Korea and initiated action against Cimilre to address Cimilre's misappropriation of intellectual property associated with Spectra-brand products.

The foregoing is true and correct to the best of my personal knowledge and to the best of the information available to Mother's Milk, Inc., with respect to those statements that are based on the information available to the corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 14, 2020

HEIDI HUMPHRIES
President & CEO
Mother's Milk, Inc.
Davie, Florida

3