# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MISC. CASE NO.: 5:20-mc-4

In re: )
)
APPLICATION OF MOTHER'S )
MILK, INC., FOR *EX PARTE* ) **DECLARATION OF**
ORDER TO OBTAIN DISCOVERY ) **ADAM B. ARNOLD**
FOR USE IN FOREIGN )
PROCEEDINGS )
)
)
)

Adam B. Arnold hereby declares as follows:

1. I am more than eighteen years old, and I am otherwise competent to testify. I have personal knowledge of the facts set forth in this declaration.

2. I am a paralegal at Ellis & Winters LLP. I have worked at Ellis & Winters LLP since 2010.

3. On February 20, 2020, I visited the U.S. Patent and Trademark Office website to search the USPTO trademark database. I first visited the URL https://www.uspto.gov/trademarks-application-process/search-trademark-database, then navigated to the search function following the website prompts. I conducted a basic word mark search, using the "Owner Name and Address" field. I searched for "Motif Medical." The first result was word mark "CLEAN-Z." I selected that

mark and navigated on the USPTO website to the application submitted in support of the mark. I downloaded the application from the following URL: http://tsdr.uspto.gov/documentviewer?caseId=sn88680057&docId=RFA20191108121705#docIndex=2&page=1. The document attached to this declaration as Exhibit A is a true and correct copy of the application I downloaded. I have not modified it.

4. The application states that the filing date is November 5, 2019. It states the owner of the mark is Motif Medical, LLC. It lists the address for Motif Medical, LLC, as 1053 East Whitaker Mill Road, Suite 115, Raleigh, North Carolina 27604.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the 20th day of February, 2020.

*Adam B. Arnold* (signature)
Adam B. Arnold

# EXHIBIT A

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

Serial Number: 88680057
Filing Date: 11/05/2019

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 88680057 |
| MARK INFORMATION | |
| *MARK | CLEAN-Z |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | CLEAN-Z |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Motif Medical, LLC |
| *STREET | 1053 E Whitaker Mill Rd, Suite 115 |
| *CITY | Raleigh |
| *STATE (Required for U.S. applicants) | North Carolina |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 27604 |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited liability company |
| STATE/COUNTRY WHERE LEGALLY ORGANIZED | Delaware |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 010 |
| *IDENTIFICATION | Medical apparatus for use in cleaning and sanitizing continuous positive airway pressure (CPAP) devices |
| FILING BASIS | SECTION 1(b) |
| ATTORNEY INFORMATION | |
| NAME | Norman J. Leonard |
| ATTORNEY DOCKET NUMBER | 161593-00023 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |

| | |
|---|---|
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Ward and Smith, P.A. |
| INTERNAL ADDRESS | Post Office Box 33009 |
| STREET | 751 Corporate Center Drive, Suite 300 |
| CITY | Raleigh |
| STATE | North Carolina |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 27636-3009 |
| PHONE | 919-277-9100 |
| FAX | 919-277-9177 |
| EMAIL ADDRESS | trademarks@wardandsmith.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Norman J. Leonard |
| FIRM NAME | Ward and Smith, P.A. |
| INTERNAL ADDRESS | Post Office Box 33009 |
| STREET | 751 Corporate Center Drive, Suite 300 |
| CITY | Raleigh |
| STATE | North Carolina |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 27636-3009 |
| PHONE | 919-277-9100 |
| FAX | 919-277-9177 |
| *EMAIL ADDRESS | trademarks@wardandsmith.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /BrandonFonville/ |
| SIGNATORY'S NAME | Brandon Fonville |
| SIGNATORY'S POSITION | Manager |
| SIGNATORY'S PHONE NUMBER | 844-272-8390 |
| DATE SIGNED | 11/05/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

Serial Number: 88680057
Filing Date: 11/05/2019

**To the Commissioner for Trademarks:**

MARK: CLEAN-Z (Standard Characters, see mark)
The literal element of the mark consists of CLEAN-Z. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Motif Medical, LLC, a limited liability company legally organized under the laws of Delaware, having an address of
    1053 E Whitaker Mill Rd, Suite 115
    Raleigh, North Carolina 27604
    United States

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 010: Medical apparatus for use in cleaning and sanitizing continuous positive airway pressure (CPAP) devices
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.


The applicant hereby appoints Norman J. Leonard. Norman J. Leonard of Ward and Smith, P.A., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    Post Office Box 33009
    751 Corporate Center Drive, Suite 300
    Raleigh, North Carolina 27636-3009
    United States
    919-277-9100(phone)
    919-277-9177(fax)
    trademarks@wardandsmith.com (authorized).
The attorney docket/reference number is 161593-00023.
Norman J. Leonard submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Norman J. Leonard
    Ward and Smith, P.A.
    Post Office Box 33009
    751 Corporate Center Drive, Suite 300
    Raleigh, North Carolina 27636-3009
    919-277-9100(phone)
    919-277-9177(fax)
    trademarks@wardandsmith.com (authorized).

**Email Authorization:** I authorize the USPTO to send email correspondence concerning the application to the applicant, the applicant's attorney, or the applicant's domestic representative at the email address provided in this application. I understand that a valid email address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Reduced Fee status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

- [x] **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- [x] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- [x] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- [x] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /BrandonFonville/   Date: 11/05/2019
Signatory's Name: Brandon Fonville
Signatory's Position: Manager
Payment Sale Number: 88680057
Payment Accounting Date: 11/05/2019

Serial Number: 88680057
Internet Transmission Date: Tue Nov 05 08:42:11 EST 2019
TEAS Stamp: USPTO/BAS-XX.XX.XXX.XX-20191105084211937
301-88680057-700dd60532c9ca2f08365272c4a
e7b302e8a41294d45e33692feafeffdf4c86f3-C
C-42105894-20191104134412265972

# CLEAN-Z