# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MISC. CASE NO.: 5:20-mc-4

| | | |
|---|---|---|
| In re: | ) | [PROPOSED] **ORDER ON** |
| | ) | ***EX PARTE* APPLICATION FOR** |
| APPLICATION OF MOTHER'S | ) | **ORDER TO OBTAIN** |
| MILK, INC., FOR *EX PARTE* | ) | **DISCOVERY IN FOREIGN** |
| ORDER TO OBTAIN DISCOVERY | ) | **PROCEEDING** |
| FOR USE IN FOREIGN | ) | |
| PROCEEDINGS | ) | |
| | ) | |

This matter comes before the Court on the application of Mother's Milk, Inc. ("Mother's Milk"), for an order, pursuant to 28 U.S.C. § 1782(a), directing that testimony be given, and documents produced, by Motif Medical, LLC, for use in a pending proceeding brought by Mother's Milk in the Republic of Korea. Having considered the application and supporting documents, the Court finds that Mother's Milk satisfies the statutory requirements of 28 U.S.C. § 1782(a). Having considered the additional factors identified in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65 (2004), in the exercise of the Court's discretion, the Court finds that the application should be GRANTED. Mother's Milk may issue and serve the proposed subpoenas attached to its application.

SO ORDERED, this the ___ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE